# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE THOMPSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALDI INC. d/b/a Aldi Foods Inc., an Illinois corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:21-cv-01257-JGB-KK<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)</u>**<br><br>Complaint filed:   July 27, 2021 |

///
///
///
///
///
///
///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On November 9, 2021, Plaintiff filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 14].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

DATED: November 18, 2021     By: _____
                                  Hon. Jesus G. Bernal
                                  United States District Court Judge